

Attorneys at Law

Daniel R. Levy
t 973.639.8292
f 973.639.8922
DLevy@ebglaw.com

February 4, 2022

**VIA ECF**
Honorable Michael A. Shipp, U.S.D.J.
Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    *Commvault Systems, Inc. v. Schwarz*
             Civil Action No. 3:22-cv-00306-MAS-DEA

Dear Judge Shipp:

    We represent Plaintiff Commvault Systems, Inc. ("Commvault") in the above-referenced action. For the reasons set forth below, we write to request that the Court adjourn the teleconference scheduled for Monday, February 7, 2022 until February 14, 2022 while the interested parties continue settlement discussions.

    By way of background, on January 24, 2022, Commvault filed a Verified Complaint and emergency motion seeking a Temporary Restraining Order (TRO) against its former employee, defendant Brad Schwarz. Following the filing of its emergency motion, the Court tentatively scheduled a teleconference for Monday, January 31, at 1:00 PM. (ECF #9). Subsequently, the Court granted Commvault's request for a one-week adjournment of the hearing until February 7, 2022 as the interested parties were engaged in discussions aimed at resolution. (ECF #12).

    The interested parties have continued discussions throughout this week but are in need of additional time to continue those discussions. As such, we respectfully request that the Court adjourn the teleconference presently scheduled for Monday, February 7, 2022 until Monday, February 14, 2022. Of course, if the parties are able to resolve the matter, we will promptly inform the Court of same.

Honorable Michael A. Shipp, U.S.D.J.
February 4, 2022
Page 2

       We thank the Court for its attention to this matter.

                              Respectfully submitted,

                              /s *Daniel R. Levy*

                              Daniel R. Levy

cc:    Brad Schwarz (via e-mail)

**Telephone Conference adjourned to February 16, 2022 at 3:00 p.m.**

**So Ordered this 4th day of February, 2022.**

_____
**Honorable Michael A. Shipp, U.S.D.J.**