UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMVAULT SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRAD SCHWARZ, <br><br> Defendant. | Civil Action No.: 3:22-00306-MAS-DEA <br><br> *Document Electronically Filed* <br><br> **CONSENT ORDER OF DISMSSAL WITH PREJUDICE** |

**THIS MATTER** having been opened to the Court by the attorneys for Plaintiff, Commvault Systems, Inc. and the attorneys for Defendant, Brad Schwarz, the Court being fully advised, and the parties having conferred and agreed to the within Consent Order, and for good cause shown;

**IT IS on this 15th day of June, 2022,**

**ORDERED** that the Complaint in the above-captioned action be and hereby is dismissed with prejudice, without right of appeal and without costs and fees.

**IT IS SO ORDERED.**

_____
Hon. Michael A. Shipp, U.S.D.J.

2

**THE UNDERSIGNED HEREBY CONSENT TO THE ENTRY OF THE WITHIN ORDER:**

| | |
|---|---|
| EPSTEIN BECKER & GREEN, P.C.<br>Attorneys for Plaintiff | GIBBONS P.C.<br>Attorneys for Defendant |
| By: _s/ Daniel R. Levy_<br>       Daniel R. Levy | By: _s/ Caroline E. Oks_<br>       Caroline E. Oks. |
| Dated: June 13, 2022 | Dated: June 13, 2022 |

2